UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

SANDRA GREEN,                                          Case No. 13-29202-RBR

                                        Chapter 7

      Debtor.
_____/

KENNETH WELT, as Chapter 7 Trustee
For the bankruptcy estate of SANDRA           Adv. Pro. No. 13-01951-RBR
GREEN,

      Plaintiff,

v.

SANDRA GREEN, ROBERT K. GREEN,
NORMAN GIESE, and MARLENE GIESE,

      Defendants.
_____/

**PLAINTIFF, KENNETH WELT'S VERIFIED MOTION FOR DEFAULT
AS TO NORMAN GIESE AND MARLENE GIESE**

Plaintiff, Kenneth A. Welt, the Chapter 7 Trustee (the "Trustee"), pursuant to Rule 55 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure, and Local Rule 7055-1 of the of the United States Bankruptcy Court for the Southern District of Florida, moves for entry of a clerk's default against Defendants Norman Giese and Marlene Giese (collectively the "Gieses") and in support thereof states:

    1.    On December 22, 2013, the Trustee filed a complaint (the "Complaint") (ECF No. 1).

    2.    On December 23, 2013, the Court issued a Summons and Notice of Pretrial/Trial in an Adversary Proceeding informing Gieses that they were required to file a motion or answer to the Complaint within 30 days after issuance of the Summons (ECF No. 5) and the Court entered an Order

Setting Filing and Disclosure Requirements for Pretrial and Trial (ECF No. 6).

3. The Gieses were properly and timely served via first class United States mail with a copy of the Complaint, Summons and Notice of Pretrial/Trial in an Adversary Proceeding and the Order Setting Filing and Disclosure Requirements for Pretrial and Trial on December 23, 2013 (ECF No. 8).

4. On January 8, 2014, MOFFA & BONACQUISTI, P.A. entered an appearance on behalf of the Gieses (ECF No. 21). MOFFA & BONACQUISTI, P.A. has expressed an intent not to defend the action on the merits as to the Gieses.

5. According to the Summons, the deadline for the Gieses to file a motion or answer to the Complaint was January 22, 2014. As of the date of this Motion, the Gieses have failed to timely file a responsive pleading to the Complaint or a motion.

6. Neither Norman Giese nor Marlene Giese is an active duty member of the U.S. Military, as evidenced by the Department of Defense's electronic Global Address List.

WHEREFORE, Plaintiff, Kenneth A. Welt, the Chapter 7 Trustee, requests the Clerk of the Court enter a Default[1], against Defendants Norman and Marlene Giese, for failure to answer the Complaint or otherwise plead in the above case as of the date of filing of this motion.

## VERIFICATION

I, Lawrence E. Pecan, attorney for the Trustee., do hereby verify that the factual assertions in this Verified Motion for Default are true and correct.

_____
LAWRENCE E. PECAN
Florida Bar No. 99086
**MARSHALL SOCARRAS GRANT, P.L.**
Attorneys for the Trustee
197 South Federal Highway, Suite 300
Boca Raton, Florida 33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email: lpecan@msglaw.com

---

[1] Because the Gieses have appeared, the Trustee seeks from the clerk only a default pursuant to Fed. R. Civ. P. 55(a), and does not seek a default judgment by the clerk pursuant to Fed. R. Civ. P. 55(b)(1).

STATE OF FLORIDA          )
                          )ss
COUNTY OF PALM BEACH      )

The foregoing instrument was acknowledged before me this 23rd day of January, 2014, by Lawrence Pecan.  He is [✓] personally known to me or [ ] has produced _____ as identification.

_____
NOTARY PUBLIC

Print Name: Sandra Sowder

My Commission Expires:

Dated: _____

Notary Public State of Florida
Sandra Sowder
My Commission EE094006
Expires 07/31/2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2014, I uploaded this document to the clerk of the court by CM/ECF. I further certify that a true and correct copy of the document is being served on the parties listed in the service list below, in the manner indicated.

By: /s/ Lawrence E. Pecan
LAWRENCE E. PECAN

**13-01951-RBR Notice will be electronically mailed to:**

John A. Moffa, Esq. on behalf of Defendant Marlene Giese
john@mbpa-law.com, atty_ellison@bluestylus.com;allusers@mbpa-law.com,annmarie@mbpa-law.com,

John A. Moffa, Esq. on behalf of Defendant Norman Giese
john@mbpa-law.com, atty_ellison@bluestylus.com;allusers@mbpa-law.com,annmarie@mbpa-law.com,

John A. Moffa, Esq. on behalf of Defendant Robert Green
john@mbpa-law.com, atty_ellison@bluestylus.com;allusers@mbpa-law.com,annmarie@mbpa-law.com,

John A. Moffa, Esq. on behalf of Defendant Sandra Marie Green
john@mbpa-law.com, atty_ellison@bluestylus.com;allusers@mbpa-law.com,annmarie@mbpa-law.com,

Lawrence E Pecan on behalf of Plaintiff Kenneth A Welt
lpecan@marshallgrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com