United States Bankruptcy Court
Southern District of Florida

Welt,
    Plaintiff
                                   Adv. Proc. No. 13-01951-RBR

Green,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 113C-0        User: weldonm         Page 1 of 1         Date Rcvd: Feb 04, 2014
                         Form ID: pdf005      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2014.
```
pla        +Kenneth A Welt,    c/o Marshall Socarras Grant, PL,    197 S. Federal Hwy, Suite 300,
             Boca Raton, Fl 33432-4946
dft        +Marlene Giese,    4541 E. Lafayette Ln,    Estero, FL 33928-3615
dft        +Norman Giese,    4541 E. Lafayette Ln,    Estero, FL 33928-3615
dft        +Robert Green,    3 Sunset Ln,    Pompano Beach, FL 33062-7344
dft        +Sandra Marie Green,    3 Sunset Ln,    Pompano, FL 33062-7344
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Feb 05 2014 00:16:41     Office of the US Trustee,
              51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2014 at the address(es) listed below:
```
              John A. Moffa, Esq.    on behalf of Defendant Sandra Marie Green john@mbpa-law.com,
               atty_ellison@bluestylus.com;allusers@mbpa-law.com,annmarie@mbpa-law.com,
              John A. Moffa, Esq.    on behalf of Defendant Robert  Green john@mbpa-law.com,
               atty_ellison@bluestylus.com;allusers@mbpa-law.com,annmarie@mbpa-law.com,
              John A. Moffa, Esq.    on behalf of Defendant Norman  Giese john@mbpa-law.com,
               atty_ellison@bluestylus.com;allusers@mbpa-law.com,annmarie@mbpa-law.com,
              John A. Moffa, Esq.    on behalf of Defendant Marlene  Giese john@mbpa-law.com,
               atty_ellison@bluestylus.com;allusers@mbpa-law.com,annmarie@mbpa-law.com,
              Lawrence E Pecan    on behalf of Plaintiff Kenneth A Welt lpecan@marshallgrant.com,
               efile@marshallgrant.com;mg197ecfbox@gmail.com
                                                                                             TOTAL: 5
```



ORDERED in the Southern District of Florida on February 3, 2014.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

SANDRA MARIE GREEN,                                            Case No. 13-29202-BKC-RBR

    Debtor.                                                                  Chapter 7
_____/

KENNETH WELT,                                                         Adv. Pro. No. 13-01951-RBR

    Plaintiff,
v.

SANDRA MARIE GREEN, et al.,

    Defendants.
_____/

### ORDER SPECIALLY SETTING HEARING ON MOTION FOR SUMMARY JUDGMENT [D.E. 2]

**THIS MATTER** came before the Court for a hearing on January 29, 2014, on Plaintiff's Motion for Summary Judgment [D.E. 2]. After the Court considering the Motion, case file, arguments of counsel and the Court's calendar, it is

**ORDERED** as follows:

1. The Plaintiff's Motion for Summary Judgment [D.E. 2] is scheduled for a **two (2) hour specially set hearing** on **March 19, 2014 at 1:30 P.M.** in Courtroom 308, 299 East Broward Boulevard, Fort Lauderdale, Florida, 33301.

2. At least seven (7) days before the hearing, the parties shall file a stipulation of facts.

###

*The Clerk shall furnish copies to all parties of record.*