UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

SANDRA GREEN,                                             Case No. 13-29202-RBR

                                                          Chapter 7

    Debtor.
_____/

KENNETH WELT, as Chapter 7 Trustee
For the bankruptcy estate of SANDRA                       Adv. Pro. No. 13-01951-RBR
GREEN,

    Plaintiff,

v.

SANDRA GREEN, ROBERT K. GREEN,
NORMAN GIESE, and MARLENE GIESE,

    Defendants.
_____/

## NOTICE OF LIS PENDENS

TO DEFENDANTS, SANDRA GREEN, ROBERT K. GREEN., AND ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE NOTIFIED of the institution of this action by the Plaintiff against you seeking foreclosure and other claims relating to the following properties in Broward County, FL.

> Legal Description: Commencing at the point of intersection of the East right-of-way line of the Intracoastal Waterway, and a line which is 1550 feet South of and parallel (as measured at right angles to) the North line of the Southeast One Quarter (SE 1/4) of Section 6, Township 49 South, Range 43 East; thence run Easterly along a line which is 1550 feet South of and parallel to the North line of the Southeast One Quarter (SE 1/4) of said Section 6 for a distance along the last described course for a distance of 70

feet; thence run Northerly along a line which forms an angle of 90 degrees, 00 minutes, 00 seconds to the left of a prolongation of the last described course for a distance of 150 feet; thence run Westerly along a long which fonus an angle of 90 degrees, 00 minutes 00 seconds to the left of a prolongation of the last described course for a distance of 70 feet; thence run Southerly along a line which forms an angle of 90 degrees, 00 minutes, 00 seconds to the left of a prolongation of the last described course for a distance of 1500 feet to the point of beginning. Said lands situate, lying, and being in Broward County, Florida

Dated this 19th day of May, 2014.

    Respectfully submitted,

    **MARSHALL SOCARRAS GRANT, P.L.**
    Attorneys for the Trustee
    197 South Federal Highway, Suite 300
    Boca Raton, Florida  33432
    Telephone No. 561.672.7580
    Facsimile No. 561.672.7581
    Email:  lpecan@msglaw.com

    By:   /s/ Lawrence E. Pecan
        LAWRENCE E. PECAN
        Florida Bar No. 99086

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2014, I uploaded this document to the clerk of the court by CM/ECF. I further certify that a true and correct copy of the document is being served on the parties listed in the service list below, in the manner indicated.

By:  /s/ Lawrence E. Pecan
       LAWRENCE E. PECAN

**13-01951-RBR Notice will be electronically mailed to:**

John A. Moffa, Esq. on behalf of Defendant Marlene Giese
john@mbpa-law.com, atty_ellison@bluestylus.com;allusers@mbpa-law.com,annmarie@mbpa-law.com,

John A. Moffa, Esq. on behalf of Defendant Norman Giese
john@mbpa-law.com, atty_ellison@bluestylus.com;allusers@mbpa-law.com,annmarie@mbpa-law.com,

John A. Moffa, Esq. on behalf of Defendant Robert Green
john@mbpa-law.com, atty_ellison@bluestylus.com;allusers@mbpa-law.com,annmarie@mbpa-law.com,

John A. Moffa, Esq. on behalf of Defendant Sandra Marie Green
john@mbpa-law.com, atty_ellison@bluestylus.com;allusers@mbpa-law.com,annmarie@mbpa-law.com,

Lawrence E Pecan on behalf of Plaintiff Kenneth A Welt
lpecan@marshallgrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com